UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 21, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CELENA CONSUELO WALKER,

    Defendant.

Case No. 2:23-mj-00161-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CELENA CONSUELO WALKER, Case No. 2:23-mj-00161-JDP, Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 50,000.00

        _X_ Unsecured Appearance Bond $ 50,000.00

        ____ Appearance Bond with 10% Deposit

        ____ Appearance Bond with Surety

        ____ Corporate Surety Bail Bond

        ____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

_X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 21, 2023 at 2:30 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson